# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00043-CR

**Shawn Siddique Abbasi, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
NO. D-1-DC-11-904090, HONORABLE CLIFFORD BROWN, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Shawn Siddique Abbasi seeks to appeal from a judgment of conviction for the second-degree felony of attempted sexual assault. *See* Tex. Penal Code Ann. § 15.01 (West 2011). The district court imposed sentence on December 9, 2011, and there was no timely motion for new trial; thus the deadline for perfecting appeal was January 9, 2012. *See* Tex. R. App. P. 26.2(a)(1). Abbasi filed his notice of appeal on January 18, 2012. He did not request an extension of time for filing the notice of appeal. *See* Tex. R. App. P. 26.3. Nor is there any indication that he properly mailed his notice of appeal to the district clerk within the time prescribed by Rule 26.2(a)(1). *See* Tex. R. App. P. 9.2(b)(1)(C), 26.2(a)(1).

Under the circumstances, we lack jurisdiction to dispose of this purported appeal in any manner other than by dismissing it for want of jurisdiction.[1] *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996) (concluding that when belated notice of appeal is filed without timely motion for extension of time appellate court must dismiss purported appeal for lack of jurisdiction); *see Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (holding that amendments to rules of appellate procedure did not affect *Olivo*'s rationale requiring timely notice of appeal to vest appellate court with jurisdiction).

The appeal is dismissed for want of jurisdiction.

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Jurisdiction

Filed:   March 21, 2012

Do Not Publish

---

[1]  Any remedy Abbasi may have would be sought before the Texas Court of Criminal Appeals. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2011).